# KLEIN & KLEIN, ESQS., P.C.

*Attorneys and Counselors at Law*
*70 Maiden Lane, P.O. Box 3158*
*Kingston, New York 12402*
*Telephone (845) 331-0396*
*Fax (845) 331-1482*

Aaron E. Klein (1912-1999)
Louis M. Klein

-----------------------------------

Matthew T. Dunn*
*Admitted in NYS and Oregon

March 6, 2006

Honorable Marilyn D. Go
United State Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Petit-Phare, et al. v. City of New York, et al., 04 CV 04046** (Arr)

Via Fax: (718) 613-2555

Dear Magistrate Judge Go:

I spoke with Anna Nguyen late this afternoon and she consented to adjourning the conference. I will mail in my admission application tomorrow.

Thank you for your patience.

Sincerely,

Matthew Dunn

cc: Ann Nguyen, via fax: (212) 788-9776

---

*[Handwritten note:]* The next conference is adjourned to April 4, 2006 at 11:00 AM. Notify counsel for defendant. SO ORDERED.

USMJ
3/6/06